UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 18-33304 |
| --- | --- | --- |
| James P Pollina | ) | |
| Kimberly D Pollina | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO AUTHORIZE LOAN MODIFICATION

This matter coming on the Debtors' MOTION TO AUTHORIZE LOAN REFINANCING, due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Debtors are authorized to modify the mortgage loan securing their real property located at 2675 Normandy Place Lisle, IL 60532 according to the following terms:

> $225,394.03 principal balance
> 4.375% fixed interest rate
> $1,702.54 monthly payment (principal, interest, escrow)
> 03/01/2020 first payment due
> 02/01/2060 last payment due

B. The Trustee shall cease making payments to Bayview Loan Servicing/Arvest Central Mortgage per Section 3.1 of the confirmed plan.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: June 12, 2020

**Prepared by:**

David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600