UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 18-33304 |
| James P Pollina ) | | |
| Kimberly P Pollina ) | Chapter: | 13 |
| ) | Honorable Janet S. Baer | |
| ) | Kane | |
| ) | | |
| Debtor(s) ) | | |

## ORDER MODIFYING PLAN POST-CONFIRMATION

THIS MATTER coming to be heard on the Debtors' MOTION TO MODIFY PLAN, the Court being fully advised in the premises, and due notice having been given to all parties in interest;

IT IS HEREBY ORDERED THAT:

1. The Debtors' current chapter 13 plan is modified post-confirmation to reduce the percentage to general unsecured creditors to 58%.

2. All other terms of the confirmed plan will remain in effect.

Enter:

*Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  June 17, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600